**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-4366**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

STEVEN RUSSELL HELTON,

Defendant - Appellant.

**No. 25-4014**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

STEVEN RUSSELL HELTON,

Defendant - Appellant.

Appeals from the United States District Court for the Southern District of West Virginia, at Beckley.  Frank W. Volk, Chief District Judge.  (5:12-cr-00134-1)

Submitted:  March 26, 2026                     Decided:  March 30, 2026

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:**  Wesley P. Page, Federal Public Defender, Jonathan D. Byrne, Appellate Counsel, David R. Bungard, Assistant Federal Public Defender, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Charleston, West Virginia, for Appellant.  Moore Capito, United States Attorney, Jennifer Rada Herrald, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellant.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

In these consolidated cases, Steven Russell Helton appeals the district court's orders denying his motions for a modification of the conditions of his supervised release, pursuant to 18 U.S.C. § 3583(e)(2).  Upon review, we discern no abuse of discretion in the district court's decisions.  *See United States v. Castellano*, 60 F.4th 217, 223 (4th Cir. 2023) (providing standard of review for § 3583(e)(2) motion).  Accordingly, we affirm the district court's orders.  *United States v. Helton*, No. 5:12-cr-00134-1 (S.D. W. Va. July 2, 2024; Dec. 24, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
